JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUM COLLINS LLP, et al._ | Case No. CV 12-8996 FMO (CWx) |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| NCG PROFESSIONAL RISKS, LTD., et al., | |
| Defendants. | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

Dated this 31st day of July, 2014.

/s/
Fernando M. Olguin
United States District Judge